# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| Denise M. Lucks | OFFICE OF THE CLERK | M. Therese Bollerup |
|---|---|---|
| Clerk of Court | www.ned.uscourts.gov | Chief Deputy Clerk |

April 1, 2013

David G. Sigale
SIGALE LAW FIRM
739 Roosevelt Road
Suite 304
Glen Ellyn, IL 60137

RE:   Case No. 4:13cv3070
        Carlos Nino De Rivera LaJous, et al   v. Bruning et al

Dear Counsel:

Our records indicate that you are an attorney of record in the above-referenced case, which is managed on the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska.

Our records indicate that you have not:

    X    Registered for admission to practice in this court, as required by NEGenR 1.7(d) or (f).

   ____ Registered for the System, as required by the NEGenR 1.3(a) and NEGenR 1.3(b)(1).

   ____ Paid the 2013/2014 biennial attorney assessment fee, as required by NEGenR 1.7(h).

The necessary form(s) is/are attached for your use in complying with this request. If the requested action is not taken within 15 days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. If you have already submitted the forms or taken the action required above, please disregard this letter. If you have any questions or concerns, please do not hesitate to contact our office.

Sincerely,

s/ Mary Roundtree
Deputy Clerk

Enclosures                                                              Forms-Attorney_Letter
                                                                         Approved: February 25, 2008

---

# UNITED STATES DISTRICT COURT
*District of Nebraska*
**APPLICATION FOR ADMISSION TO PRACTICE**
$176.00[1]

Provide case number if admission requested by court: _____
Appearing on behalf of: _____

I, _____, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of _____ and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

_                                                                 _____
                                                                   (Bar Code if Bar Applicable)

_____     (Law Firm or Federal Agency)
_____     (Mailing Address)
_____     (City, State, Zip)
_____     (Telephone/Fax Number)

I, _____, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this ____ day of _____, 20__.     _____
                                                                   (Signature of Applicant)
================================================================================

**(This portion must be completed and signed by either the clerk of the highest court in any state in which the applicant is admitted to practice OR by a member of the Bar of the United States District Court for the District of Nebraska).**

I hereby certify that the applicant is of good moral character and a member of the highest court of the state of _____ as certified by the applicant above. DATED this ____ day of _____, 20__.

**Clerk of the Supreme Court of the**                **Member of Bar, U.S. District Court**
**State of** _____         **For the District of Nebraska**
                                              OR
_____             _____
**(Please sign name)**                              **(Please sign name)**
_____             _____
**(Please print name)**                             **(Please print name)**

                                                    **NE Bar Code #** _____
================================================================================

IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska.

DATED this ____ day of _____, 20__.     _____
                                                                   (Deputy Clerk)

---

[1] The $176.00 filing fee is waived for federal agency attorneys.

April 1, 2013
Page 3

# UNITED STATES DISTRICT COURT
### District of Nebraska

_____, Plaintiff,

Case No: _____

v.

Appearing on behalf of: _____

_____, Defendant.

## APPLICATION FOR ADMISSION PRO HAC VICE

I, _____, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of _____ and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

_____ (Law Firm) _____
_____ (Mailing Address)      (Bar Code if Bar Applicable)
_____ (City, State, Zip)
_____ (Telephone/Fax Number)

I, _____, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this \_\_\_\_ day of _____, 20\_\_.     _____
                                                                                              (Signature of Petitioner)
=================================================================================

**(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)**

I hereby certify that the petitioner is a member of the highest court of the state of _____ as certified by the petitioner above. DATED this \_\_\_\_ day of _____, 20\_\_.

**Clerk of the Supreme Court of the
State of** _____

_____
**(Please sign name)**
_____
**(Please print name)**

=================================================================================

IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this \_\_\_\_ day of _____, 20\_\_.     _____
                                                                                              (Deputy Clerk)

COPIES MAILED ON _____
Last update 01/13/09