AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| CARLOS NINO DE RIVERA LAJOUS, SECOND AMENDMENT FOUNDATION, INC., NEBRASKA FIREARMS OWNERS ASSOCIATION <br><br> *Plaintiff(s)* <br> v. <br> JON BRUNING, Attorney General of the State of Nebraska, and DAVID SANKEY, Superintendent of the Nebraska State Patrol <br><br> *Defendant(s)* | Civil Action No. 4:13-CV-3070-RGK-CRZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JON BRUNING, ESQ.
Attorney General of the State of Nebraska
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bernard Glaser, Esq.
Glaser Law
411 South 13th Street, Suite 327
Lncoln, NE 68508

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ~~04/02/2013~~ 4/3/2013        *signature*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:13-CV-3070-RGK-CRZ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ~~David Sankey, Supt, Nebraska State Patrol~~
was received by me on *(date)* April 3, 2013.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Debbie Thomas at 2115 State Capitol, Lincoln, Ne** , who is designated by law to accept service of process on behalf of *(name of organization)* **John Bruning, Attorney General, State of Ne. (Neb. Rev. Stat. § 25-510.02)** on *(date)* **April 4, 2013** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 20.00 for services, for a total of $ 2 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 8, 2013

*Server's signature*

William E. Peters, Attorney, Process Server
*Printed name and title*

411 S. 13th Street, Ste 320, Lincoln, Ne 68508
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| CARLOS NINO DE RIVERA LAJOUS, SECOND AMENDMENT FOUNDATION, INC., NEBRASKA FIREARMS OWNERS ASSOCIATION <br><br> *Plaintiff(s)* <br> v. <br> JON BRUNING, Attorney General of the State of Nebraska, and DAVID SANKEY, Superintendent of the Nebraska State Patrol <br><br> *Defendant(s)* | Civil Action No. 4:13-CV-3070-RGK-CRZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COLONEL DAVID A. SANKEY
Superintendent of Law Enforcement and Public Safety
Nebraska State Patrol
4130 N.W. 37th Street
Lincoln, NE 68524

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bernard Glaser, Esq.
Glaser Law
411 South 13th Street, Suite 327
Lncoln, NE 68508

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ~~04/02/2013~~ 4/3/2013          *(signature)*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:13-CV-3070-RGK-CRZ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ~~David Sankey, Supt, Nebraska State Patrol~~
was received by me on *(date)* **April 3, 2013**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Debbie Thomas at 2115 State Capitol, Lincoln, Ne**, who is designated by law to accept service of process on behalf of *(name of organization)* **David Sankey, Supt, Nebraska State Patrol (Neb. Rev. Stat. § 25-510.02)** on *(date)* **April 4, 2013** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ **0.00** for travel and $ **20.00** for services, for a total of $ **2 0.00**.

I declare under penalty of perjury that this information is true.

Date: **April 8, 2013**

*Server's signature*

**William E. Peters, Attorney/Process Server**
*Printed name and title*

**411 S. 13th Street, Ste 320, Lincoln, Ne 68508**
*Server's address*

Additional information regarding attempted service, etc: