IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLOS NINO DE RIVERA LAJOUS, SECOND AMENDMENT FOUNDATION, INC., and NEBRASKA FIREARMS OWNERS ASSOCIATION, | ) ) ) ) ) | 4:13CV3070 |
| Plaintiffs, | ) ) | MEMORANDUM AND ORDER |
| v. | ) ) | |
| JON BRUNING, in his official capacity as Attorney General of the State of Nebraska, and DAVID SANKEY, in his official capacity as Superintendent of the Nebraska State Patrol, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

  Plaintiffs and Defendant Sankey have filed a "stipulation to entry of final judgment and permanent injunction" (filing 26) which the court construes as a joint motion for the entry of a final judgment that will allow any lawful permanent resident to apply for a permit to carry a concealed handgun. The court further construes the motion as not otherwise affecting the memorandum and order entered on August 30, 2013 (filing 22), and as implicitly authorizing the court to enter a final judgment that also (1) dismisses Count I of Plaintiffs' complaint with prejudice and (2) dismisses Plaintiffs' claims against the Nebraska Attorney General with prejudice. If this is not the parties' intention, they should file another joint motion or stipulation and provide the court with a proposed judgment setting forth the terms of their settlement agreement.

  Accordingly,

  IT IS ORDERED that on or before October 28, 2013, the parties shall jointly file an amended motion or stipulation for dismissal of this action and provide the undersigned with a proposed judgment for approval and filing. Absent compliance with this order, the court may enter a final judgment pursuant to filing 26 on the terms outlined in the foregoing memorandum.

  DATED this 7th day of October, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge