## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLOS NINO DE RIVERA LAJOUS, et al, | ) ) ) | Case No. 4:13CV3070 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **STIPULATION** |
| DAVID SANKEY, in his official capacity as Superintendent of the Nebraska State Patrol, | ) ) ) ) | |
| Defendant. | ) ) | |

The parties to this matter, by and through their respective counsel, jointly stipulate and agree as follows:

1.     On October 15, 2013, this Court entered an Order and Final Judgment Order of the Court enjoining Defendant from enforcing Neb. Rev. Stat. § 69-2433(10) as applied to the application of lawful permanent residents to obtain a permit to carry a concealed handgun, provided they are otherwise-qualified.  (Filing #29).

2.     The Court ordered Plaintiff to submit an application for attorneys and expense by November 5, 2013.  (Filing #29).

3.     The parties have now agreed with respect to Plaintiff's request for attorneys' fees and costs.

4.     Defendant shall remit a total of sixteen thousand nine hundred eighty dollars and twenty-eight cents ($16,980.28) to Plaintiff for attorneys' fees and costs as set forth below:

a.     David G. Sigale: $500.00/hr. x 29.2 hours = $14,600.00 + $40.28 in costs = $14,640.28.

b.      Bernard J. Glaser: $200.00/hr. x 9.5 hours = $1900.00 + $440.00 in costs = $2340.00.

5.      Defendant shall file a Satisfaction of Judgment with the Court upon payment of attorneys' fees and costs.

6.      Payment of attorneys' fees and costs by Defendant Sankey shall be in accordance with *NEB. REV. STAT.* § 25-1806 (Reissue 2008).

7.      The Court may enter final judgment in accordance with its October 15, 2013 Order (Filing #29), and in accordance with this Stipulation.

Agreed to on the 25th day of October, 2013:

DAVID SANKEY, Defendant.                    CARLOS NINO DE RIVERA
                                            LAJOUS, et al, Plaintiffs.


BY:    JON BRUNING, #20351
       Attorney General

BY:    s/Stephanie Caldwell            BY:    s/David G. Sigale
       Stephanie Caldwell, #22994            David G. Sigale, Esq, IL #6238103
       Assistant Attorney General            Law Firm of David G. Sigale, P.C.
       2115 State Capitol                    739 Roosevelt Road, Suite 304
       Lincoln, NE  68508                    Glen Ellyn, IL 60137
       Tel:  (402) 471-2682                  Tel: (630) 452-4547
       Fax: (402) 471-3297                   Fax: (630) 596-4445
       stephanie.caldwell@nebraska.gov       dsigale@sigalelaw.com
                                             Admitted *Pro hac vice*


       *One of the Attorneys for Defendant.*    *One of Attorneys for Plaintiffs.*

**CERTIFICATE OF SERVICE**

It is hereby certified that on October 25, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to the Plaintiffs' attorney of record.

*s/Stephanie Caldwell*
Stephanie Caldwell, #22994
Assistant Attorney General
