IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLOS NINO DE RIVERA LAJOUS, SECOND AMENDMENT FOUNDATION, INC., and NEBRASKA FIREARMS OWNERS ASSOCIATION, | ) ) ) ) ) | 4:13CV3070 |
| Plaintiffs, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| DAVID SANKEY, in his official capacity as Superintendent of the Nebraska State Patrol, | ) ) ) ) | |
| Defendant. | ) | |

     Pursuant to the parties' joint stipulation (filing 30),

     IT IS ORDERED that Plaintiffs are awarded attorney fees and taxable costs in the total amount of $16,980.28, payable by Defendant, David Sankey, in his official capacity as Superintendent of the Nebraska State Patrol.

     DATED this 28th day of October, 2013.

                        BY THE COURT:

                        *Richard G. Kopf*
                        Senior United States District Judge